**Opinion issued April 16, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-23-00746-CR**

———————————

**REBECCA ANN OLDAKER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 78th District Court**
**Wichita County, Texas[1]**
**Trial Court Case No. DC78-CR2020-1063**

---

**MEMORANDUM OPINION**

---

[1]   Pursuant to its docket equalization authority, the Supreme Court of Texas transferred this appeal to this Court. *See* Misc. Docket No. 23–9079 (Tex. Sept. 26, 2023); *see also* TEX. GOV'T CODE ANN. § 73.001 (authorizing transfer cases); TEX. R. APP. P. 41.3.

Appellant Rebecca Ann Oldaker appealed the trial court's judgment and sentence of July 20, 2023. On January 20, 2024, she filed her brief, challenging only the trial court's assessed costs. The State filed an Unopposed Motion for Limited and Temporary Abatement asking this Court to abate the appeal to provide the State an opportunity to file a motion in the trial court requesting that the court waive the assessment of the challenged court costs. We granted the motion and abated the appeal. Subsequently, the trial court granted the State's Unopposed Motion for the Waiver of Court Costs. The State then filed in this Court an Unopposed Motion for Lift of Abatement and for Briefing Extension stating that given the trial court's ruling, the appeal should be deemed moot. We granted the State's motion, lifted the abatement, and requested a response from Appellant. Appellant filed a response, stating that "she agrees with the State that the appeal is now moot." No opinion has issued in this appeal.

We dismiss the appeal as moot. *See* TEX. R. APP. P. 42.2, 43.2(f). We deny all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Countiss, and Rivas-Molloy.

Do not publish. TEX. R. APP. P. 47.2(b).